UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN M. TOWER, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 7:23-CV-988–D-RJ** |
| v. ) | |
| ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 19, 2023, and Copies To:**
Aaron Lee Dalton                    (via CM/ECF electronic notification)
Cathleen C. McNulty                 (via CM/ECF electronic notification)
Dianne Samu                         (via CM/ECF electronic notification)


DATE:                               PETER A. MOORE, JR., CLERK
September 19, 2023                   (By)  /s/ Stephanie Mann
                                      Deputy Clerk