UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CAROLYN M. TOWER,                         )
                                          )
                        Plaintiff,        )     **JUDGMENT IN A CIVIL CASE**
                                          )     **CASE NO. 7:23-CV-988–D-RJ**
            v.                            )
                                          )
                                          )
KILOLO KIJAKAZI,                          )
Acting Commissioner of Social Security,   )
                                          )
                        Defendant.        )


**Decision by Court.**


**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $3,200.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Aaron L. Dalton of Chad Brown Law, PLLC, and mailed to his office at P.O. Box 786, Statesville, NC 28687, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.


**This Judgment Filed and Entered on October 13, 2023, and Copies To:**

Aaron Lee Dalton          (via CM/ECF electronic notification)
Cathleen C. McNulty       (via CM/ECF electronic notification)
Cassia W. Parson          (via CM/ECF electronic notification)
Dianne Samu               (via CM/ECF electronic notification)


DATE:                         PETER A. MOORE, JR., CLERK
October 13, 2023              (By) /s/ Stephanie Mann
                               Deputy Clerk